IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zahra Gilak, | NO. CR 01-0325 EJD |
| Petitioner, | NO. C 10-01401 EJD |
| v. | **JUDGMENT** |
| United States of America, | |
| Respondent. | |

Pursuant to the Court's September 27, 2012 Order Dismissing Petitioner's Motion for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 With Prejudice; Denying Certificate of Appealability, judgment is entered in favor of Respondent United States of America and against Petitioner Zahra Gilak.

The Clerk shall close the companion case C 10-01401 EJD pursuant to this Judgment.

Dated: 9/28/2012

EDWARD DAVILA
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Candace Kelly Candace.Kelly@usdoj.gov

Zahra R. Gilak
DUBLIN FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
5701 8TH ST - CAMP PARKS
DUBLIN, CA 94568

**Dated: October 1, 2012**           **Richard W. Wieking, Clerk**

By: *Elizabeth C Garcia*
      **Elizabeth Garcia**
      **Courtroom Deputy**